FILED

2009 FEB 13 AM 10: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____NL_____

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ROGER E. WEST
4  Assistant United States Attorney
   First Assistant Chief, Civil Division
5  California Bar No. 58609
       300 North Los Angeles Street
6      Room 7516 Federal Building
       Los Angeles, California 90012
7      Telephone: (213) 894-2461
       Fax:       (213) 894-7819
8      E-mail: roger.west4@usdoj.gov

9  Attorneys for the United States of America

10             UNITED STATES DISTRICT COURT

11         FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13  IN RE                          ) CV MISC. NO. 2:09-MC-15
                                   )
14  LETTERS ROGATORY FROM THE      ) ORDER
                                   )
15  THIRD CIVIL COURT, DISTRICT    )
                                   )
16  OF BALNEARIO CAMBORIU,         )
                                   )
17  SANTA CATARINA, BRAZIL         )
                                   )
18                                 )
                                   )
19  _____)

20      Application having been made to this Court by the Third Civil Court,

21  District of Balneario Camboriu, Santa Catarina, Brazil, through the United States

22  Department of Justice and the United States Attorney for the Central District of

23  California, and this Court having been requested to process the Letters Rogatory

24  from the Brazilian court to the end of the taking of evidence from Craig Ian Evans

25  who, it has been determined, resides or can be found within the jurisdiction of this

26  Court, pertinent to the Brazilian civil proceeding, <u>Franco Cecchini Bruni Neto v.</u>

27
    order.09 Brazil
28

1  <u>Paul David Hewson, Larry Mullen, Mario Marques and Infoglobo Comunicações</u>
2  <u>S.A.</u>, Docket Number 005.03.000544-7;

3  NOW, THEREFORE, I __ROSALYN M. CHAPMAN__,
4  United States Magistrate Judge for the Central District of California, pursuant to
5  authority contained in Section 1782 of Title 28 of the United States Code, hereby
6  appoint Roger E. West, Assistant United States Attorney, First Assistant Chief,
7  Civil Division, or his successor in office, as Commissioner, to take such steps as
8  may be necessary to take evidence from Craig Ian Evans pursuant to the terms and
9  conditions set forth in the above Letters Rogatory, and to do all else that may be
10 reasonably necessary for the accomplishment of this Order.

11  DATED: This __12TH__ day of __February__, 2009.

13  _____
14  UNITED STATES MAGISTRATE JUDGE

    ROSALYN M. CHAPMAN
    UNITED STATES MAGISTRATE JUDGE

15
16  PRESENTED BY:
17  THOMAS P. O'BRIEN
    United States Attorney
    LEON W. WEIDMAN
18  Assistant United States Attorney
    Chief, Civil Division
19
20  _____
21  ROGER E. WEST
    Assistant United States Attorney
22  First Assistant Chief
    Civil Division
23
    Attorneys for
24  United States of America

25
26
27  order.09 Brazil
28